Ronald Johnson
5713 Poplar Common
Fremont, CA. 94538
Tel. # 415 286-4338

Ronald Johnson
In Pro-Per

April 11, 2011

E-filing



FILED
APR 11 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD JOHNSON,
    Plaintiff,

v.

CHERYL WALKER-JOHNSON and
JESUS M. MALDONADO, Esq.
           Defendants.

No.

CV 11 -1777

DISCRIMINATION

WHA

Plaintiff RONALD JOHNSON alleges:

## JURISDICTION

1. Plaintiff is, and was at all times herein mentioned, domiciled in and a citizen of the State of California. Defendants and each of them are, and were at all times herein mentioned, domiciled in and a citizen of the State of California. This is a civil action involving, exclusive of interest and costs, a sum in excess of $50,000.00.

## FIRST COUNT

2. At all times herein mentioned, plaintiff was and now is a resident of the judicial district in which this action is filed.
3. At all times herein mentioned, defendant, CHERYL WALKER-JOHNSON, hired the attorney JESUS M. MALDONADO, Esq. effective date of hire is Feb, 16, 2011.
4. At the beginning of 02/2011 CHERYL WALKER-JOHNSON DISCONTUNUED MY HEALTH PLAN, which is in violation of State Law. You see that we are a married couple, separated at the time.

## SECOND COUNT

5. On March 04, 2011 I had the parties served, a copy of the Order to Show Cause and Supporting Declaration, Blank Response blank income and expense Dec-Property Declaration RE: Notice upon Ex parte Application for Orders.

6. On April 7, 2011, I received a letter from attorney Jesus M. Maldonado misrepresented a true fact on the Minutes in RE: HF11562540 where he stated that Cheryl Walker-Johnson was ordered to pay Ronald Johnson $620.00 per month. Your Honor, that order is $720.00 per month signed by the Judge, and place me back on her health plan. Your Honor, please keep in mind that it is April 11, 2011 and I have not been placed on her health plan.
7. The attorney is in violation of EQUAL PROTECTION which, is in the FORRTEENTH AMENDMENT also prohibits states from denying any person within its jurisdiction the equal protection of the laws. This language was designed originally to protect former slaves from discriminatory treatment after the Civil War. Its coverage, however, has been expanded to invalidate all laws and procedures that unequally by the law;; for instance, alimony statutes in many states provided alimony only for women, thus discriminating against men.

Dated: April 11, 2011

*Ronald Johnson*

Ronald Johnson
In Pro-Per
5713 Poplar Common
Fremont, CA. 94538

Ronald Johnson
5713 Poplar Common
Fremont, CA. 94538
Tel. # 415 286-4338

Ronald Johnson
In Pro-Per

April 7, 2011

Jesus M. Maldonado, Esq.
387 17Th Street, Suite 206
Oakland, CA. 94612-3354

Case No.: HF11562540

Dear Mr. Maldonado, Esq:

Enclosed is a copy of your letter addressed to me and dated, April 6, 2011 in your letter you stated that I faxed you a letter demanding $720.00 per month, you then stated that my demand was in contrary to the court's order, and that my proposed order is not supported by the commissioner's directive.

My order is in fact accurate and to the point that I faxed you stated what I was ordered by the court to get $720.00 per month and place me back on her health plan. Which you have been avoiding to do so since you received the order. I suggest that you recheck your order that I faxed you. You will see $720.00 on that order.

I intend to file a motion that you are in violation of Equal Protection which, is in the Fourteenth Amendment also prohibits states from denying any person within its jurisdiction the equal protection of the laws. This language was designed originally to protect former slaves from discriminatory treatment after the Civil War. Its coverage, however, has been expanded to invalidate all laws and procedures that unreasonably discriminate. It has been invoked when classes of persons have been treated unequally by the law; for instance, alimony statutes in many states provided alimony only for women, thus discriminating against men.

Very truly yours,

Ronald Johnson
Ronald Johnson
In Pro-Per

| Attorney or Party without Attorney:<br>RONALD JOHNSON<br>5713 POPLAR COMMON<br>FREMONT, CA 94538<br>Telephone No: 415-286-4338<br><br>Attorney for: Plaintiff | | Ref. No. or File No.: | | For Court Use Only<br><br>ENDORSED<br>FILED<br>ALAMEDA COUNTY<br><br>MAR 17 2011<br><br>CLERK OF THE SUPERIOR COURT<br>By JENNIFER SIMTON<br>Deputy |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>ALAMEDA COUNTY SUPERIOR HAYWARD BRANCH | | | | |
| Plaintiff: RONALD JOHNSON | | | | |
| Defendant: CHERYL WALKER-JOHNSON | | | | |
| **PROOF OF SERVICE**<br>**OSC & APP-FL** | Hearing Date:<br>Mon, Mar. 21, 2011 | Time:<br>9:00AM | Dept/Div:<br>514 | Case Number:<br>HF11562540 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER TO SHOW CAUSE WITH APPLICATION AND SUPPORTING DECLARATION; BLANK RESPONSEBLANK DECLARATION OF DISCLOSURE-BLANK INCOME AND EXPENSE DEC-PROPERTY DECLARATION-BLANK RESPONSIVE DECLARATION-SUMMON-PETITION-INCOME AND EXPENSE DEC-PROPERTY DEC-DEC RE:NOTICE UPON EX PARTE APPLICATION FOR ORDERS

3. a. Party served:                  CHERYL WALKER-JOHNSON
   b. Person served:                party in item 3.a.
                                       BLACK FEMALE 55-60YRS 5-5 160LBS

4. Address where the party was served:      CONTRA COSTA COUNTY HUMAN SERVICES
                                                  1305 MCDONALD AVE.
                                                  RICHMOND, CA

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 04, 2011 (2) at: 1:03PM

7. **Person Who Served Papers:**
   a. KRIS VORSATZ



38750 Paseo Padre Parkway, Suite A1
Fremont, California 94536

                                             Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. **The Fee for Service was:**     $90.00
    e. I am: (3) registered California process server
            (i)   Independent Contractor
            (ii)   Registration No.:    1160
            (iii)   County:            Santa Clara



8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Mar. 08, 2011

                                                       KV

Judicial Council Form                      PROOF OF SERVICE            (KRIS VORSATZ)
Rule 2.150.(a)&(b) Rev January 1, 2007           OSC & APP-FL                                   roj.113669

# JESÚS M. MALDONADO
**Attorney at Law**
387 17th Street   Suite 206
Oakland, CA  94612-3354
(510) 893-3344

April 6, 2011

Ronald Johnson
5713 Poplar Common
Fremont, CA 94538

RE: <u>Ronald Johnson v. Cheryl Walker-Johnson</u>

Dear Mr. Johnson:

Concerning the above-captioned matter, enclosed please find copies of the following documents:

- Copy of the court's minute order for March 21, 2011, showing that the court ordered petitioner to pay $620.00 per month in spousal support;
- Copy of the proof of service, showing that your process server declared under penalty of perjury that Cheryl Walker-Johnson was served on March 4, 2011, less than the 21 days before hearing, as required for an Order to Show Cause.

We have also received your FAX letters demanding $720.00 per month in spousal support and health insurance coverage.  What you demand is contrary to the court's order, and your proposed order is not supported by the commissioner's directive.   We have received no documentation that you are disabled.  If your diabetes actually prevents employment, please send copies of your disability rating and your most recent  benefits printout with your discovery responses.

We intend to file a motion to modify or terminate your spousal support order, based on the contradictions between your "order" and the court's own records.  However, Alameda County local rules require parties to meet and confer before a family law hearing to discuss disputed issues.  If you wish to resolve this matter, please send us the records we requested  concerning your alleged disability and we can prepare a stipulation to modify the support order.  If not, we will request that the court  terminate support and that you pay petitioner's  attorney fees.

Very truly yours,

Jesús M. Maldonado
JESÚS M. MALDONADO
Attorney at Law

## Superior Court of California, County of Alameda
## Hayward Hall of Justice

| Johnson | No. HF11562540 |
|---|---|
| Plaintiff/Petitioner(s) | |
| VS. | Minutes |
| Walker-Johnson | |
| Defendant/Respondent(s) | |
| (Abbreviated Title) | |

Department 514        Honorable Thomas J. Nixon , Commissioner
Reporter    Patricia Rodriguez CSR #12436

Called for Hearing: March 21, 2011.

Petitioner Ronald Johnson appearing in pro per.
Respondent Cheryl Walker-Johnson not appearing.

Ronald Johnson sworn for Petitioner as a witness and under Direct Examination.

The respondent/Cheryl Walker-Johnson is ordered to place the petitioner/Ronald Johnson back on her health care insurance plan.

The respondent is ordered to pay petitioner $620 per month for spousal support effective 03/01/2011

The petitioner shall have the respondent served with a copy of this court order.

Document Registered: Miscellaneous Findings and Order After Hearing

Minutes of    03/21/2011
Entered on    03/21/2011

Executive Officer / Clerk of the Superior Court

By    *Rafin Holmes* (digital)

Deputy Clerk

**Minutes**

M6614867

| Attorney or Party without Attorney: | | |
|---|---|---|
| RONALD JOHNSON<br>5713 POPLAR COMMON<br>FREMONT, CA 94538<br>*Telephone No:* 415-286-4338 | *Ref. No. or File No.:* | **FILED**<br>ALAMEDA COUNTY<br>MAR 17 2011<br>CLERK OF THE SUPERIOR COURT<br>By _____ Deputy |
| *Attorney for:* Plaintiff | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>ALAMEDA COUNTY SUPERIOR HAYWARD BRANCH | | |
| *Plaintiff:* RONALD JOHNSON | | |
| *Defendant:* CHERYL WALKER-JOHNSON | | |

| PROOF OF SERVICE<br>OSC & APP-FL | *Hearing Date:*<br>Mon, Mar. 21, 2011 | *Time:*<br>9:00AM | *Dept/Div:*<br>514 | *Case Number:*<br>HF11562540 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER TO SHOW CAUSE WITH APPLICATION AND SUPPORTING DECLARATION; BLANK RESPONSEBLANK DECLARATION OF DISCLOSURE-BLANK INCOME AND EXPENSE DEC-PROPERTY DECLARATION-BLANK RESPONSIVE DECLARATION-SUMMON-PETITION-INCOME AND EXPENSE DEC-PROPERTY DEC-DEC RE:NOTICE UPON EX PARTE APPLICATION FOR ORDERS

3. a. *Party served:* CHERYL WALKER-JOHNSON
   b. *Person served:* party in item 3.a.
   BLACK FEMALE 55-60YRS 5-5 160LBS

4. *Address where the party was served:* CONTRA COSTA COUNTY HUMAN SERVICES
   1305 MCDONALD AVE.
   RICHMOND, CA

5. *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 04, 2011 (2) at: 1:03PM

7. *Person Who Served Papers:*
   a. KRIS VORSATZ

   AD SERVICES
   Phone: 510.795.1111
   FAX: 510.793.2222
   38750 Paseo Padre Parkway, Suite A1
   Fremont, California 94536

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $90.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1160
      (iii) County: Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Mar. 08, 2011

*Signature:* KV (KRIS VORSATZ)

Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE<br>OSC & APP-FL

roj.113669

FL-340

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address)*: Ronald Johnson, 5713 Poplar Common, Fremont, CA 94538 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: 415-286-4338 FAX NO. *(optional)*: | ENDORSED FILED ALAMEDA COUNTY MAR 21 2011 CLERK OF THE SUPERIOR COURT By ROBIN HOLMES, Deputy |
| ATTORNEY FOR *(Name)*: In Pro Per | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda | |
| STREET ADDRESS: 24405 Amador Street | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: Hayward, CA 94544 | |
| BRANCH NAME: Hayward Hall of Justice | |
| PETITIONER/PLAINTIFF: Ronald Johnson | |
| RESPONDENT/DEFENDANT: Cheryl Walker-Johnson | |
| OTHER: | |

| FINDINGS AND ORDER AFTER HEARING | CASE NUMBER: HF11562540 |
|---|---|

1. This proceeding was heard
   on *(date)*: 3/21/2011 at *(time)*: 9:00 AM in Dept.: S14 Room:
   by Judge *(name)*: Thomas J. Nixon ☐ Temporary Judge

   ☒ Petitioner/plaintiff present ☐ Attorney present *(name)*:
   ☐ Respondent/defendant present ☐ Attorney present *(name)*:
   ☐ Other present ☐ Attorney present *(name)*:
   On the order to show cause or motion filed *(date)*: March 1, 2011 by *(name)*: Ronald Johnson

2. THE COURT ORDERS

3. Custody and visitation: ☐ As attached on form FL-341 ☒ Not applicable

4. Child support: ☐ As attached on form FL-342 ☒ Not applicable

5. Spousal or family support: ☒ As attached on form FL-343 ☐ Not applicable

6. Property orders: ☐ As attached on form FL-344 ☒ Not applicable

7. Other orders: ☐ As attached ☒ Not applicable

8. ☐ Attorney fees *(specify amount)*: $
   Payable to *(name and address)*:

   Payable ☐ forthwith ☐ other *(specify)*:

9. All other issues are reserved until further order of court.

Date: **MAR 21 2011**

Approved as conforming to court order.

JUDICIAL OFFICER

▶ _____
SIGNATURE OF ATTORNEY FOR ☐ PETITIONER/PLAINTIFF ☐ RESPONDENT/DEFENDANT

Page 1 of ___

Form Adopted for Mandatory Use
Judicial Council of California
FL-340 [Rev. July 1, 2003]
Martin Dean's Essential Forms™

FINDINGS AND ORDER AFTER HEARING
(Family Law-Custody and Support-Uniform Parentage)

www.courtinfo.ca.gov

FL-343

| PETITIONER/PLAINTIFF: Ronald Johnson | CASE NUMBER: |
| RESPONDENT/DEFENDANT: Cheryl Walker-Johnson | HF11562540 |
| OTHER PARENT: | |

## SPOUSAL, PARTNER, OR FAMILY SUPPORT ORDER ATTACHMENT

TO ☒ Findings and Order After Hearing ☐ Judgment ☐ Other (specify):

### THE COURT FINDS

1. A printout of a computer calculation of the parties' financial circumstances is attached for all required items not filled out below.

2. **Net income.** The parties' monthly income and deductions are as follows (complete a, b, or both):

   | | Total gross monthly income | Total monthly deductions | Total hardship deductions | Net monthly disposable income |
   |---|---|---|---|---|
   | a. Petitioner: ☐ receiving TANF/CalWORKS | $1,500 | | | |
   | b. Respondent: ☐ receiving TANF/CalWORKS | $4,030 | | | |

3. **Other factors regarding spousal or partner support**
   a. ☒ The parties were married for (specify numbers): 16 years 8 months.
   b. ☐ The parties were registered as domestic partners or the equivalent on (date):
   c. ☐ The Family Code section 4320 factors were considered, as listed in Attachment 3c.
   d. ☐ The marital standard of living was (describe):

   ☐ See Attachment 3d.
   e. ☐ Other (specify):

### THE COURT ORDERS

4. a. The ☐ petitioner ☒ respondent must pay to the ☒ petitioner ☐ respondent
   as ☒ temporary ☒ spousal support ☐ family support ☐ partner support
   $ $726 per month, beginning (date): March 1, 2011, payable through (specify end date):
   ☒ payable on the (specify): First day of each month.
   ☐ Other (specify):

   b. ☒ Support must be paid by check, money order, or cash. The support payor's obligation to pay support will terminate on the death, remarriage, or registration of a new domestic partnership of the support payee.

   c. ☐ An earnings assignment for the foregoing support will issue. (**Note:** The payor of spousal, family, or partner support is responsible for the payment of support directly to the recipient until support payments are deducted from the payor's earnings, and for any support not paid by the assignment.)

   d. ☐ Service of the earnings assignment is stayed provided the payor is not more than (specify number): _____ days late in the payment of spousal, family, or partner support.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
FL-343 [Rev. January 1, 2005]

**SPOUSAL, PARTNER, OR FAMILY SUPPORT ORDER ATTACHMENT**
(Family Law)

Family Code, §§ 150, 299, 3651, 3653, 3654, 4320, 4330, 4337
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

| | |
|---|---|
| PETITIONER/PLAINTIFF: Ronald Johnson <br> RESPONDENT/DEFENDANT: Cheryl Walker-Johnson <br> OTHER PARENT: | CASE NUMBER: <br> HF11562540 |

5. ☐ The parties must promptly inform each other of any change of employment, including the employer's name, address, and telephone number.

6. ☐ **NOTICE:** It is the goal of this state that each party must make reasonable good faith efforts to become self-supporting as provided for in Family Code section 4320. The failure to make reasonable good faith efforts may be one of the factors considered by the court as a basis for modifying or terminating support.

7. ☐ This order is for family support. Both parties must complete and file with the court a *Child Support Case Registry Form* (form FL-191) within 10 days of the date of this order. The parents must notify the court of any change of information submitted within 10 days of the change by filing an updated form. Form FL-192, *Notice of Rights and Responsibilities* and *Information Sheet on Changing a Child Support Order*, is attached.

8. ☐ The issue of spousal or partner support for the ☐ petitioner ☐ respondent is reserved for a later determination.

9. ☐ The court terminates jurisdiction over the issue of spousal or partner support for the ☐ petitioner ☐ respondent.

10. ☒ Other *(specify):*

Health Insurance Coverage:
Respondent, Cheryl Walker-Johnson is ordered to place Petitioner Ronald Johnson on her health insurance coverage effective March 1st, 2011. Such coverage is ordered to continue until the Petition for Dissolution is dismissed, a judgment is entered, or the court makes further orders.

---

**NOTICE:** Any party required to pay support must pay interest on overdue amounts at the "legal" rate, which is currently 10 percent.

**THIS IS A COURT ORDER**

FL-343 [Rev. January 1, 2005] — **SPOUSAL, PARTNER, OR FAMILY SUPPORT ORDER ATTACHMENT** — Page 2 of 2
(Family Law)