IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD JOHNSON,

    Plaintiff,

  v.

CHERYL WALKER-JOHNSON and
JESUS M. MALDONADO, Esq.,

    Defendants.

No. C 11-01777 WHA

**ORDER CLOSING CASE**

On April 18, 2011, plaintiff's complaint was dismissed, and his renewed request to proceed in forma pauperis was denied as moot. Plaintiff was given fourteen days within which to seek leave to file an amended complaint. Plaintiff was warned that if no such motion were filed, or if the proposed amended complaint still failed to state a claim, the case would be closed (Dkt. No. 7). The deadline has passed, and no filings have been made.

**THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: May 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE