IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>CHERYL WALKER-JOHNSON and<br>JESUS M. MALDONADO, Esq.,<br><br>    Defendant.<br>_____/ | No. C 11-01777 WHA<br><br>**ORDER REGARDING<br>CONTINUED FILINGS<br>IN CLOSED CASE** |

      The complaint in this action was dismissed on April 18, 2011, and the case was closed on May 4, 2011. Since that time, plaintiff has filed two letters regarding payment of the filing fee, and defendants filed an answer to the dismissed complaint. All three of these filings are moot. To be clear, this case is over, and the file is closed. The parties may not make any more filings in this closed case.

      **IT IS SO ORDERED.**

Dated: June 21, 2011.

                                                WILLIAM ALSUP<br>
                                               UNITED STATES DISTRICT JUDGE